COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:　　　　　　01-13-00827-CV

Style:　　　　　　　　　In re Amy Lynne Harbour

Date motion filed[*]:　　　October 18, 2013

Type of motion:　　　　 Motion for Extension of Time to File Response to Petition for Writ of Mandamus

Party filing motion:　　　 Real party in interest Gregory Sean Cameron

Document to be filed:　　 Response to petition for writ of mandamus

If motion to extend time:

　　　Original due date:　　　　　　　　October 23, 2013

　　　Number of previous extensions granted:　　　　　Current Due date:

　　　Date Requested:　　　　　　　　November 7, 2013

Ordered that motion is:

　　　☑　　Granted

　　　　　　If document is to be filed, document due: **November 7, 2013**

　　　　　☐　　The Court will not grant additional motions to extend time absent extraordinary circumstances

　　　☐　　Denied

　　　☐　　Dismissed (*e.g.*, want of jurisdiction, moot)

　　　☐　　Other: _____


Judge's signature:　　__/s/ Jim Sharp, Jr._____
　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Panel consists of　　_____

Date:　　___October 22, 2013_____

November 7, 2008 Revision